

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00889-CR

The **STATE** of Texas,
Appellant

v.

Eduardo Hernandez **LEYVA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13941CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Eduardo
Hernandez Leyva habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 24, 2024.

_____
Lori I. Valenzuela, Justice